In re: Case No. 21-61582-dwh
Kent Alan Strickler Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6 User: Admin. Page 1 of 3
Date Rcvd: Oct 28, 2022 Form ID: pdf025 Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kent Alan Strickler, PO Box 470, Siletz, OR 97380-0470 |
| cr | + | Pratum Co-op, 8955 Sunnyview Rd. NE, Salem, OR 97305-9555 |
| 102302154 | + | Alvin Stasser, c/o Andrew E. Fitch, Fitch & Neary, PC, 210 SW 5th Street, Suite 2, Redmond, OR 97756-2136 |
| 102302156 | + | Amur Equipment Finance, c/o Diane Henkels, 621 SW Morrison Street, #1025, Portland, OR 97205-3813 |
| 102302157 | + | Ascentium Capital, c/o Richard P. Freud, Gordon Rees Scully Mansukhani, 1300 SW 5th Avenue, Suite 2000, Portland, OR 97201-5629 |
| 102322837 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 102329456 | + | C. THOMAS DAVIS, DAVIS GALM LAW FIRM, 12220 SW FIRST STREET, Beaverton, OR 97005-2889 |
| 102302161 | ++ | CENTRAL LINCOLN PUD, PO BOX 1126, NEWPORT OR 97365-0090 address filed with court:, Central Lincoln PUD, 2129 N. Coast Hwy, Newport, OR 97365 |
| 102302160 | + | Centra Funding, c/o Brandon Gibbons, Padfield & Stout, 420 Throckmorton St., Suite 1210, Fort Worth, TX 76102-3792 |
| 102336498 | | Centra Funding, LLC, c/o Wright Law Group PLLC, P.O. Box 105603, PMB 84356, Atlanta, GA 30348-5603 |
| 102302164 | + | Columbia Bank, 2820 Harrison NW, Olympia, WA 98502-2502 |
| 102302165 | + | Complete Business Solutions Group, Inc., dba Par Funding, 2000 PGA Blvd, Suite 4440, North Palm Beach, FL 33408-2738 |
| 102302167 | + | David Olsen, Oliver Wright & Associate, POB 470, Lockport, NY 14095-0470 |
| 102302169 | + | Ferrell Gas, POB 1003, Liberty, MO 64069-1003 |
| 102302171 | + | Gatestone, POB 1259, Dept #149042, Oaks, PA 19456-1259 |
| 102325282 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Road , Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 102302172 | + | Green Capital Funding, LLC, c/o Christopher Castro, Esq, 17 State Street, Suite 4000, New York, NY 10004-1501 |
| 102324659 | + | Jason Khano, 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 102302174 | + | John Hartley, Esq, 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 102302177 | + | Leroy and Barbara Ashwill, 4684 Ivory Way NE, Salem, OR 97305-3132 |
| 102336496 | + | Matthew Lee, P.O. Box 105603, PMB 84356, Atlanta, GA 30348-5603 |
| 102302179 | + | McDonald Carano LLP, PO Box 2670, Reno, NV 89505-2670 |
| 102302181 | + | NACM Commercial Services, 606 N. Pines Road, Suite 102, Spokane, WA 99206-6711 |
| 102324660 | + | On Deck Capital, Inc., c/o Aubrey Thrasher LLC, 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 102302185 | | Pratum Co-Op, c/o Shannon Martinez, Saalfeld Griggs, POB 470, Salem, OR 97308-0470 |
| 102302188 | + | Siletz Tribal Business Corporation, 2120 NW 44th Street, D, Lincoln City, OR 97367-5089 |
| 102302189 | # | Spark Funding, 100 Garden City Plaza, Suite 410, Garden City, NY 11530-3216 |
| 102302191 | + | Swire Coca-Cola, c/o Blake Embry, Embry & Associates, LLC, 1624 Market St., Suite 202, Denver, CO 80202-1518 |
| 102302193 | + | Teryan Runyon, c/o Andrew E. Fitch, Fitch & Neary PC, 210 SW 5th Street, Suite 2, Redmond, OR 97756-2136 |
| 102302194 | + | Teryan's Great Escape LLC, c/o Andrew E. Fitch, Fitch & Neary, PC, 210 SW 5th Street, Suite 2, Redmond, OR 97756-2136 |
| 102302195 | + | Three Rivers Landowners Association, c/o Patrick T. Foran, Wyse Kadish LLP, 900 SW Fifth Avenue, Suite 2000, Portland, OR 97204-1229 |
| 102302196 | + | Tyree Oil, Inc., c/o Michael T. Davis, 12220 SW First Street, Beaverton, OR 97005-2889 |
| 102302199 | + | Valley Fire-VPC Control, Inc., 217 Main St. SE, Albany, OR 97321-3023 |
| 102302200 | | Wave TV, 235 Carlaw Avenue, Suite 501, Toronto, Ontario, CN |
| 102302201 | + | World Pay US, 201 17th Street NW, Suite 1000, Atlanta, GA 30363-1195 |
| 102302202 | | WorldPay Merchant Services, PO BOx 639726, Cincinnati, OH 45263-9726 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 102327473 | + | Email/Text: bankruptcy@amuref.com | Oct 28 2022 23:04:00 | AMUR Equipment Finance, Inc., 308 North Locust Street Suite 100, Grand Island, NE 68801-5985 |
| 102327719 | + | Email/Text: bankruptcy@amuref.com | Oct 28 2022 23:04:00 | AMUR Equipment Finance, Inc., 304 W. 3rd Street, Grand Island, NE 68801-5941 |
| 102302152 | | Email/Text: bnc@alltran.com | Oct 28 2022 23:03:00 | Alltran Financial, LP, POB 722929, Houston, TX 77272-2929 |
| 102302153 | | Email/Text: bankruptcydepartment@tsico.com | Oct 28 2022 23:03:00 | Alltran Financial, LP, POB 4043, Concord, CA 94524-4043 |
| 102302155 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2022 23:06:51 | American Express, POB 650448, Dallas, TX 75265-0448 |
| 102330121 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2022 23:06:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 102302158 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 28 2022 23:03:00 | Bank of America, POB 982234, El Paso, TX 79998-2234 |
| 102330943 | + | Email/Text: bknotices@professionalcredit.com | Oct 28 2022 23:03:00 | CENTRAL LINCOLN PUD C/O PROFESSIONAL CREDIT SERVIC, PO BOX 7548, SPRINGFIELD, OR 97475-0039 |
| 102302159 | + | Email/Text: bankruptcy@cavps.com | Oct 28 2022 23:03:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 102302163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2022 23:06:58 | Citi, POB 6000, Sioux Falls, SD 57117-6000 |
| 102327717 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2022 23:06:58 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 102302166 | ^ | MEBN | Oct 28 2022 22:59:39 | Credit Control LLC, POB 546, Hazelwood, MO 63042-0546 |
| 102302170 | + | Email/Text: nik.mastrangelo@gmail.com | Oct 28 2022 23:03:00 | Frederick Conte, c/o Nikolas L. Mastrangelo, Esq., 811 South 6th Street, Las Vegas, NV 89101-6923 |
| 102302173 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2022 23:03:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 102340955 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2022 23:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 102302175 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2022 23:06:56 | JPMCB Card Services, POB 15369, Wilmington, DE 19850 |
| 102302178 | | Email/Text: bankruptcy@loanme.com | Oct 28 2022 23:03:00 | LoanMe, 1900 S. State College Blvd, Suite 300, Anaheim, CA 92806 |
| 102325060 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2022 23:06:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 102302176 | + | Email/Text: lwerwin@lwerwin.com | Oct 28 2022 23:03:00 | Lawrence W. Erwin, Law Office of Lawrence W. Erwin, 221 NW Lafayette Ave, Bend, OR 97703-1927 |
| 102302180 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2022 23:03:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 102302182 | | Email/Text: bankruptcydepartment@tsico.com | Oct 28 2022 23:03:00 | Nationwide Credit, POB 15130, Wilmington, DE 19850-5130 |
| 102302183 | + | Email/Text: bankruptcy@ondeck.com | Oct 28 2022 23:03:00 | OnDeck Capital, 1400 Broadway, 25th Floor, New York, NY 10018-5225 |
| 102302184 | | Email/Text: bankruptcy.revenue@oregon.gov | Oct 28 2022 23:03:00 | Oregon Department of Revenue, ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| 102325061 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 28 2022 23:06:46 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 102302186 | + | Email/Text: bknotices@professionalcredit.com | Oct 28 2022 23:03:00 | Professional Credit Service, 400 International Way, Springfield, OR 97477-7004 |
| 102302187 | + | Email/Text: ngisupport@radiusgs.com | Oct 28 2022 23:03:00 | Radius Global Solutions, 500 North Franklin Turnpike, Ste 200, Mail Code - 747, Ramsey, NJ 07446-1160 |
| 102302190 | | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 28 2022 23:03:00 | Sunrise Credit Service, 260 Airport Plaza Blvd., PO Box 9100, Farmingdale, NY 11735-9100 |
| 102302192 | | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2022 23:06:51 | Synchrony Bank/Amazon, POB 960013, Orlando, FL 32896-0013 |
| 102336782 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 28 2022 23:03:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 102302168 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 28 2022 23:03:00 | Elan Financial Service, POB 108, Saint Louis, MO 63166 |
| 102302197 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 28 2022 23:03:00 | US Bank ND, POB 6352, Fargo, ND 58125-6352 |
| 102302198 | + | Email/Text: PDELINQ@sba.gov | Oct 28 2022 23:03:00 | US Small Business Administration, Disaster Assistance Processing, 14925 Klingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 102330122 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 102321291 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 102336497 | * | Matthew Lee, P.O. Box 105603, PMB 84356, Atlanta, GA 30348-5603 |
| 102302162 | ##+ | CIT Bank c/o Kristin Asai, Holland & Knight LLP, 2300 US Bancorp Tower, 111 SW Fifth Avenue, Portland, OR 97204-3626 |
| 102306021 | ##+ | Complete Business Solutions Group Inc. /Receiver, 20 N. 3rd Street, Philadelphia, PA 19106-2118 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2022        Signature:    /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. __21-61582-dwh7__
**Kent Alan Strickler,** )
                                                    )
                                                    ) **Notice of Intent to Sell Property**
                                                    ) **at Private Sale, Compensate Real**
                                                    ) **Estate Broker, and/or Pay any**
                                                    ) **Secured Creditor's Fees and Costs**
                                                    )
                                                    ) [Note: Do not use to sell personally
Debtor(s)                            ) identifiable information about individuals.]

1. An offer has been received by the trustee from **Floyd White**_____, whose relation to the debtor(s) is **N/A**_____, to purchase the following estate property: (If real property, state street address here. Also attach legal description as an exhibit to the notice filed with the court.)
   **Judgment against the Now Corporation, entered in related Adversary No. 22-06018-dwh as Dkt. 8, in the face amount of $150,000.**

   for the sum of $___**15,000.00**___ upon the following terms:

2. The gross sales price is: $___**15,000.00**___.

   All liens on the property total $__**0**__, of which the trustee believes a total of $___**N/A**___ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).

   Secured creditor(s) also seek(s) reimbursement of $__**N/A**_____ for fees and costs.

   Total sales costs will be: $__**0**__.

   All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $__**15,000.00**__.

3. [If real property] The court appointed real estate broker, **NA**_____, will be paid **NA**_____.

760 (12/1/2018)             Page 1 of 2

**NOTICE IS GIVEN** that the trustee will sell the property, reimburse for any secured creditor's fees and costs, and compensate any real estate broker upon the above terms and without further notice unless, within 23 days of the date below:

1. The trustee receives a bid exceeding the above offer by at least $ **5,000**, and upon the same or more favorable terms to the estate; or

2. An interested party:

    (a) files a written objection to the sale, the reimbursement of fees and costs or broker's compensation, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401, and

    (b) serves the objection on the trustee, **Jeanne E. Huffman**, at **POB 1674, Pendleton, OR 97801**.

If no objection is filed, but the trustee receives any upset bids as specified above within 23 days of the date below, the trustee will notify all persons who have expressed an interest in purchasing the above property of the date, time and place of a meeting at which the trustee will conduct an auction and sell the property to the highest bidder without further notice.

For further information, contact: **Timothy A. Solomon, Leonard Law Group LLC, 4110 SE Hawthorne, PMB 506, Portland, OR 97214, 971-634-0194, tsolomon@LLG-LLC.com**.

Date: **10/28/2022**                                            **/s/ Jeanne E. Huffman**
                                                                                            Trustee